IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN HAYNIE; and BILLIE HAYNIE                                                              PLAINTIFFS

v.                                          Case No. 1:15-cv-01057

KERRY DALE LCOKE; and SOUTHERN
FARM BUREAU CASUALTY INSURANCE
COMPANY                                                                                     DEFENDANTS

**ORDER**

Before the Court is the parties' Joint Partial Motion to Dismiss With Prejudice. (ECF No. 13). The Plaintiffs and Defendant Kerry Dale Locke have reached a settlement in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by a stipulation of dismissal signed by all parties.

Accordingly, the Motion to Dismiss (ECF No. 13) is **GRANTED**, and Plaintiffs' claims against separate Defendant Kerry Dale Locke are hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Order. The court retains jurisdiction to vacate this Order upon cause shown that the settlement has not been completed and further litigation is necessary.

Plaintiffs' claims against separate Defendant Southern Farm Bureau Casualty Insurance Company will proceed, and this case will remain on the Court's docket for trial which is scheduled to commence September 12, 2016.

**IT IS SO ORDERED**, this 15th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge